

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00422-CR

| | | |
|---|---|---|
| LAMON JOSHUA BATER, Appellant | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1475881D) |
| V. | § | November 15, 2018 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM